United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 19-30628-edk
Edward A Maia                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-3          User: admin             Page 1 of 2            Date Rcvd: Aug 12, 2019
                              Form ID: 309aauto       Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db              +Edward A Maia,    42 Main Street,    Apartment C,    Monson, MA 01057-1373
aty             +Gerald Glasser,    Kalill, Glasser & Associates,    135 State Street,
                  Springfield, MA 01103-1987
smg              MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA 02114-9564
20370843        +Baystate Medical Practices,    Physician Billing Office,    Po Box 415557,
                  Boston, MA 02241-5557
20370844        +Baystate Wing Hospital,    PO Box 415579,    Boston, MA 02241-5579
20370845        +Brooks Brothers,    PO Box 6403,    Sioux Falls, SD 57117-6403
20370850         Client Services, Inc,    Saint Charles, MO 63301
20370853         Ear Nose & Throat Surgeons of Western Ne,    Springfield, MA 01107
20370854        +Elaine Verelst,    13 Green St 2d floor,    Monson, MA 01057-1229
20370857        +Heisler Feldman & McCormick,    293 Bridge St #322,    Springfield, MA 01103-1435
20370858        +Home Depot Credit Services,    PO Box 790326,    Saint Louis, MO 63179-0328
20370861        +Marinosci Law Group,    275 West Natick Road #500,    Warwick, RI 02886-1161
20370862        +Mark P Logan, DMD,    123 Dwight Rd,    Longmeadow, MA 01106-1748
20370863        +Mass Lung & Allergy, PC,    PO Box 726,    Leominster, MA 01453-0726
20370864        +Melanie Kulig,    13 Green St 1st floor,    Monson, MA 01057-1229
20370865        +Monarch Recovery Management,    PO Box 986,    Bensalem, PA 19020-0986
20370867        +National Grid,    PO Box 11737,    Newark, NJ 07101-4737
20370868        +Partners HealthCare,    PO Box 418393,    Boston, MA 02241-8393
20370869        +Pediatric Dental Associates,    52 North Main St,    East Longmeadow, MA 01028-2321
20370871        +Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN 55439-0846
20370873        +Sofi Lending Corp,    PO Box 654158,    Dallas, TX 75265-4158
20370877        +The Flagship Dental Group PC,    123 Dwight Rd,    2019, MA 01106-1748
20370878        +The Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
20370879         Town of Monson-Collector,    Town Hall,    Monson, MA 01057
20370881        +UMass Memorial Healthcare,    PO Box 419591,    Boston, MA 02241-9591
20370883        +Warren R. Thompson, Esq,    1032 Thorndike St,    Palmer, MA 01069-1507
20370884        +World Financial Capital Bank,    now known as Comenity Bank,
                  12921 South Vista Station Boulevard,    Draper, UT 84020-2374
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: FDWOSTRANDER.COM Aug 13 2019 04:53:00      David W. Ostrander,    Ostrander Law Office,
                  P. O. Box 1237,    36 Service Center Road,    Northampton, MA 01060-2575
smg             +E-mail/Text: duabankruptcy@detma.org Aug 13 2019 00:48:55      CHIEF COUNSEL, LEGAL DEPARTMENT,
                  DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
                  19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg              EDI: MASSDOR Aug 13 2019 04:53:00       MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,
                  Boston, MA  02114-9564
ust             +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Aug 13 2019 00:48:52      Richard King,
                  Office of the U. S. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
20370840         E-mail/Text: aescobar@arrhacu.com Aug 13 2019 00:48:40      Arrha Credit Union,
                  145 Industry Avenue,    Springfield, MA 01104
20370841        +EDI: TSYS2.COM Aug 13 2019 04:53:00      Barclay’s Bank,    Card Services,    PO Box 13337,
                  Philadelphia, PA 19101-3337
20370842        +EDI: TSYS2.COM Aug 13 2019 04:53:00      Barclay’s Bank Delaware,    Po Box 8802,
                  Wilmington, DE 19899-8802
20370851         EDI: COMCASTCBLCENT Aug 13 2019 04:53:00      Comcast,    PO Box 196,    Newark, NJ 07101
20370846        +EDI: CAPITALONE.COM Aug 13 2019 04:53:00      Capital One Bank,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
20370847        +E-mail/Text: mike@carterbusiness.com Aug 13 2019 00:48:53      Carter Business Service,
                  150A Andover St #12A,    Danvers, MA 01923-5315
20370848        +EDI: CHASE.COM Aug 13 2019 04:53:00      Chase Card Member Service,    Po Box 15298,
                  Wilmington, DE 19850-5298
20370849        +EDI: CITICORP.COM Aug 13 2019 04:53:00      Citibank South Dakota NA,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
20370852        +EDI: WFNNB.COM Aug 13 2019 04:53:00      Comenity Bank,    PO Box 182620,
                  Columbus, OH 43218-2620
20370855        +E-mail/Text: bknotice@ercbpo.com Aug 13 2019 00:48:56      ERC,    PO Box 23870,
                  Jacksonville, FL 32241-3870
20370856        +E-mail/Text: Banko@frontlineas.com Aug 13 2019 00:51:44      Frontline Asset Strategies,
                  2700 Snelling Ave #250,    Saint Paul, MN 55113-1783
20370859        +EDI: CHASE.COM Aug 13 2019 04:53:00      JP Morgan Chase Bank,    PO Box 15298,
                  Wilmington, DE 19850-5298
20370860        +EDI: RESURGENT.COM Aug 13 2019 04:53:00      LVNV Funding LLC,    Po Box 10497,
                  Greenville, SC 29603-0497
20370870        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 13 2019 00:51:31      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
20370872        +EDI: CHASE.COM Aug 13 2019 04:53:00      Slate,    PO Box 15298,    Wilmington, DE 19850-5298
20370875        +EDI: RMSC.COM Aug 13 2019 04:53:00      Synchrony Bank,    PO Box 965005,
                  Orlando, FL 32896-5005
20370876        +EDI: RMSC.COM Aug 13 2019 04:53:00      Synchrony Bank,    PO Box 965015,
                  Orlando, FL 32896-5015
```

```
District/off: 0101-3          User: admin              Page 2 of 2               Date Rcvd: Aug 12, 2019
                              Form ID: 309aauto        Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
20370874        +EDI: RMSC.COM Aug 13 2019 04:53:00      Synchrony Bank,    PO Box 965036,
                 Orlando, FL 32896-5036
20370880        +E-mail/Text: birminghamtops@sba.gov Aug 13 2019 00:51:34      U.S. Small Business Administration,
                 801 Tom Martin Dr #12M,   Birmingham, AL 35211-6424
20370882        +EDI: RMSC.COM Aug 13 2019 04:53:00      Walmart/Synchrony Bank,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20370866          Monson Savings Bank,   146 Main St,   00105
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
```
              David W. Ostrander     david@ostranderlaw.com,
               dwo@trustesolutions.net;candace@ostranderlaw.com;dwo@trustesolutions.net
              Gerald   Glasser    on behalf of Debtor Edward A Maia gglasser@kgalegal.com,   gglasser@comcast.net
              Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Edward A Maia<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9908**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Massachusetts**<br>Case number:   **19–30628** | | Date case filed for chapter  **7**   **8/6/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward A Maia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 42 Main Street<br>Apartment C<br>Monson, MA 01057 | |
| 4. | **Debtor's attorney**<br>Name and address | Gerald Glasser<br>Kalill, Glasser & Associates<br>135 State Street<br>Springfield, MA 01103 | Contact phone (413) 781–1200<br>Email:  gglasser@kgalegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David W. Ostrander<br>Ostrander Law Office<br>P. O. Box 1237<br>36 Service Center Road<br>Northampton, MA 01061 | Contact phone 413–585–9300<br>Email:  david@ostranderlaw.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>300 State Street, Suite 220<br>Springfield, MA 01105 | Hours open: Monday–Friday<br>8:30am–5:00pm<br><br>Contact phone 413–785–6900<br><br>Date: 8/12/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1350 Main Street, Suite 1112, Springfield, MA 01103** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/2/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| 11. | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |