Recording Requested By/Return To:

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

This Instrument Prepared By:
Akshdeep Dhaliwal
Quicken Loans Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

## Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) whose address is P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Quicken Loans Inc.
, a corporation organized and existing under the laws of The State of Michigan (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226
, its successors and assigns, all its right, title and interest in and to a certain Mortgage dated November 13, 2007, made and executed by
EDWARD A MAIA

whose address is 13 Green St Monson MA, 01057

to and in favor of HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) upon the following described property situated in HAMPDEN County, State of Massachusetts :

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: 0115-0010

Mortgage Recorded On: 11/19/2007      Book/Liber#: 17027
Document Number: 91208      Page#: 456
MERS Phone: 1-888-679-6377

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
One Hundred Twenty Seven Thousand Dollars and 00/100
           ($ 127,000.00           ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.  17027        , at page  456          (or as No.
91208                  ) of the                           Records of
                                                          HAMPDEN   County, State of
Massachusetts              and all rights accrued or to accrue under such Mortgage.
   TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to
the terms and conditions of the above-described Mortgage.
   IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
       February 14, 2019

Witness Kaela Green

Witness Mia Thomas

Attest

Mortgage Electronic Registration Systems, Inc.
("MERS") as nominee for
HOMECOMINGS FINANCIAL, LLC (F/K/A
HOMECOMINGS FINANCIAL NETWORK, INC.), its
successors and assigns

By: _____
              (Signature)

Name:  Akshdeep Dhaliwal
Title:   Assistant Secretary of MERS

Acknowledgement

State of Michigan
County of Wayne
On 02/14/2019, before me Joanna Emler, a Notary Public of Michigan, personally appeared Akshdeep Dhaliwal, Assistant Secretary of Mortgage Electronic Registration Systems, Inc., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Joanna Emler
Notary Public, State of MI
County of Wayne
My Commission Expires Apr 28, 2021
Acting in the County of Wayne

Name: Joanna Emler
Title: Notary Public

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 3 of 3

EXHIBIT A

The land at 13 Green Street, Monson, Hampden County, Massachusetts bounded and described as follows:

Beginning in the Westerly line of Green Street, at the Northeast corner of land now or formerly of Mary A. Beauchemin, and thence running

N. 87 degrees 40' W. along the land of said Beauchemin one hundred twenty-five (125) feet to an iron pin at land of Squier & Co., Inc; thence turning and running

N. degrees 33' W. along the land of said Squier & Co., Inc., fifty-one and 10/100 (51.10) feet to an iron pin at land of Frederick J., Jr. and Marjorie D. Sullivan; thence turning and running

S. 88 degrees 00' E. along said Sullivan land one hundred twenty-five (125) feet to the Westerly line of Green Street; and thence turning and running

S. 0 degrees 30' E. along the Westerly line of Green Street about fifty (50) feet nine (9) inches to the place of beginning.

Excepting from the above - described premises so much as was conveyed by deed to Squier & Co., Inc., dated December 2, 1967, recorded with said Deeds, Book 3306, Page 317.

SAID PREMISES ARE SUBJECT TO THE FOLLOWING ENCUMBRANCES:

1. Title to and rights of the public and others in so much of the premises that lies within the bounds of Green Street.

NOTE: The mortgagor(s) expressly reserve my/our rights of Homestead and do not wish to terminate my/our Homestead by granting the within conveyance notwithstanding my/our waiver of such Homestead within the mortgage.



CHERYL A. COAKLEY-RIVERA, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS
E-RECORDED